**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7047**

———————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

     v.

ARTHUR E. WRIGHT,

            Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:06-cr-00452-JRS-1)

———————

Submitted:  November 2, 2012      Decided:  November 7, 2012

———————

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur E. Wright, Appellant Pro Se.  Stephen Wiley Miller, Elizabeth Wu, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur E. Wright appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Wright</u>, No. 3:06-cr-00452-JRS-1 (E.D.N.C. May 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process

<u>AFFIRMED</u>